IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02943-SKC

JOHN MEGGS, et al.

    Plaintiffs,

vs.

MEADOWS SHOPPING CENTER 05 A, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs and Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
*Attorney for Plaintiffs*

/s/ Patrick J. Hickey
Patrick J. Hickey, Esq.
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
Phone (303) 292-2900
Fax (303) 292-4510
patrick.hickey@moyewhite.com
*Attorney for Defendant*

Dated: 10/20/2022

12